JOHN S. LEONARDO
United States Attorney
District of Arizona
Carin C. Duryee
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2015 NOV 18 P 3:50

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN HOWARD BADGER,<br><br>    Defendant. | CR15-2058TUC<br><br>**INDICTMENT**<br><br>**Violations:**<br><br>18 USC §§ 2252(a)(2) and (b)(1)<br>18 USC §§ 2252A(a)(5)(B) and (b)(2)<br><br>(Distribution of Child Pornography;<br>Possession of Child Pornography) |

**VICTIM**

THE GRAND JURY CHARGES:

### COUNT ONE

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about March 28, 2014, in Tucson, in the District of Arizona, JOHN HOWARD BADGER, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including the following files:

"9yo Jenny nude with legs spread wide apart showing pussy - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex~1.jpg"

"pthc_ptsc 9yo jenny smiling with doggie cock in her face..looks like she likes it!!!.JPG" and "girls 0 to 5 having sex with men 2YR 56.JPG"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

## POSSESSION OF CHILD PORNOGRAPHY

On or about March 12, 2015, in Tucson, in the District of Arizona, JOHN HOWARD BADGER did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, and which depicted such conduct, as defined in Title 18, United States Code, Section 2256(2), such images having been mailed, shipped, and transported in interstate or foreign commerce using any means or facility of interstate or foreign commerce, and produced using materials that had been shipped and transported in interstate and foreign commerce, to wit, JOHN HOWARD BADGER did knowingly possess on an Apple iMac 27 (s/n: W8009SQW5PE), images of child pornography, including but not limited to, the following:

"D84[360380].mpg"

"D122[358713].avi"

"D147[358724].wmv"

"D402[358745].avi" and

"EmmaSucking[360391].wmv"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT THREE

## POSSESSION OF CHILD PORNOGRAPHY

On or about March 12, 2015, in Tucson, in the District of Arizona, JOHN HOWARD BADGER did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, and which depicted such conduct, as defined in Title 18, United States Code, Section 2256(2), such images having been mailed, shipped, and transported in interstate or foreign commerce using any means or facility of interstate or foreign commerce, and produced using materials that had been shipped and transported in interstate and foreign commerce, to wit, JOHN HOWARD BADGER did knowingly possess on a MacBook Pro laptop, model A1502, (s/n: C02NW063G3QT) images of child pornography, including but not limited to, the following:

"! New ! (Pthc) Tara 8Yr - Tara Gets Molested By A Clown(taraPart 1)[180110].mpg"

"(PTHC) JhO - Kelly&Amber&Company[180121].mpg"

"girls 0 to 5 having sex with men baby girl get lot of cum 7598756 [152829].JPG"

"girls 0 to 5 having sex with men pic474[176557].jpg" and

"K@Ty 7Yo Strip And Suck-Good Fullcum Version-Pthc[180412].mpg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona
/s/

Carin C. Duryee
Assistant U.S. Attorney

NOV 1 8 2015

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. John Badger*
*Indictment Page 3 of 3*